UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RENEE S. MAJORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:10-cv-01731-LJM-MJD |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF JUDGMENT

Through an Order dated July 16, 2012, the Court granted summary judgment in favor of defendant, General Electric Company. Plaintiff, Renee S. Majors, shall take nothing by way of her complaint. Judgment is entered accordingly.

DATED this 16th day of July, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

_____
LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

Distribution attached.

Distribution to:

Ebony Andrea Reid
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
ebony.reid@ogletreedeakins.com

Steven Sams
STEVEN SAMS, P.C.
stevensamslaw@att.net

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com